592 P.2d 178

**RUDISAILE**

v.

**HAWK AVIATION, INC.**

No. 12217.

Supreme Court of New Mexico.

Feb. 15, 1979.

ORIGINAL PROCEEDING ON CERTIORARI

DECISION

Because of the result reached in this Court's opinion in 92 N.M. 575, 592 P.2d 175, the issues presented in petition for writ of certiorari in this cause will not be decided. The writ is hereby quashed as being improvidently granted.

It is so ordered.

SOSA, C. J., and EASLEY, PAYNE and FEDERICI, JJ., concur.